# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT TOPEKA

| | |
|---|---|
| JIN NAKAMURA,<br>on behalf of himself and all others<br>similarly situated,<br>             Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK,<br>NATIONAL ASSOCIATION<br>d/b/a WELLS FARGO DEALER<br>SERVICES, INC.,<br>             Defendant. | Case No.  5:17-cv-04029-DDC-GEB |

## PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Plaintiff Jin Nakamura, on behalf of himself and all others similarly situated, moves to certify this case as a class action for the purposes of settlement, to be appointed Class Representative, and for his counsel to be appointed Class Counsel pursuant to Federal Rule of Civil Procedure 23, and for preliminary approval of the parties' class-wide settlement. Defendant Wells Fargo Bank, National Association d/b/a Wells Fargo Dealers Services, Inc. does not oppose this Motion. For the reasons set forth in the Memorandum in Support of Plaintiff's Unopposed Motion for Certification of Settlement Class and Preliminary Approval of Class Settlement [Doc. 127], Plaintiff respectfully requests the Court grant this Motion and set the matter for hearing.

Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp          KS#12350
Ryan C. Hudson     KS#22986
Scott Goodger       KS#26480
REX A SHARP, P.A.
5301 W. 75th Street

Prairie Village, KS 66208
T: 913-901-0505
F: 913-901-0419
rsharp@midwest-law.com
rhudson@midwest-law.com
sgoodger@midwest-law.com

Bryce B. Bell         KS#20866
Mark W. Schmitz    KS#27538
Bell Law, LLC
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com
MS@BellLawKC.com

A. Scott Waddell      KS#20955
Waddell Law Firm LLC
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
T: 816-914-5365
F: 816-817-8500
scott@aswlawfirm.com

*Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing document was filed with the Court's e-Filing system and thereby served upon all attorneys of record on October 10, 2018.

                                              */s/ Rex A. Sharp*
                                              Rex A. Sharp